UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISIONS

| | |
|---|---|
| CARRINGTON POINTE ESTATES, INC., ) | Case No.: 1:06 CV 3058 |
| ) | |
| Plaintiff, ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| v. ) | |
| ) | |
| COLUMBIA GAS TRANSMISSION ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## AGREED DISMISSAL ORDER

Came the plaintiff Carrington Pointe Estates, Inc., by counsel, and the defendant Columbia Gas Transmission Corporation, by counsel, and advised this Court of their agreement to settle all claims between them in this action. Thereupon, the parties jointly requested the Court for dismissal of this entire action with prejudice.

There being no objection to said joint request and this Court perceiving none, it is hereby **ORDERED** that the claims are and this entire civil action is **DISMISSED WITH PREJUDICE**

CL1183026.1

and removed from the docket of the Court. The parties are to bear their own respective costs incurred.

ENTER: 11/13/2007

/s/SOLOMON OLIVER, JR.

District Judge

Submitted by:

/s/ Amy M. Smith
Amy M. Smith, Ohio Bar # 0039422
smitha@steptoe-johnson.com
Steptoe & Johnson PLLC
Post Office Box 2190
Clarksburg, WV 26302-2190
Telephone: (304) 624-8000
Facsimile: (304) 624-8183


/s/ Melanie Morgan Norris
Melanie Morgan Norris, Ohio Bar #0073506
morganma@steptoe-johnson.com
Steptoe & Johnson PLLC
Post Office Box 751
Wheeling, WV 26003-0751
Telephone: (304) 233-0000
Facsimile: (304) 233-0014

Counsel for Defendant Columbia Gas Transmission Corporation

Approved for entry by:

/s/ Robert J. Karl /ss/ Amy M. Smith
Robert J. Karl, Ohio Bar # 0042292
Bkarl@ulmer.com
J. Gregory Smith, Ohio Bar # 0061728
Gsmith@ulmer.com
Ulmer & Berne LLP
88 East Broad Street, Suite 1600
Columbus, Ohio 43215
Telephone: (614) 229-0000

Facsimile: (614) 229-0001


　　/s/ James N. Taylor /ss/ Amy M. Smith
James N. Taylor, Esquire
Taylor, Breunig & Robinson Co., L.P.A.
"The Barristers Building"
409 East Avenue, Suite B
Elyria, Ohio  44035-5717
Telephone: (216) 323-5700

Counsel for Plaintiff Carrington Pointe Estates, Inc.